```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                           CENTRAL DIVISION
                            AT FRANKFORT
```

**CIVIL ACTION NO. 2018-1 (WOB-HAI)**

JOSHUA T. HAMMOND                                          PETITIONER

VS.                              <u>ORDER</u>

DON BOTTOM, WARDEN                                         RESPONDENT


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 5), and no objections having been filed, and the Court being advised,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 5) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 (Doc. 1), is **DISMISSED WITH PREJUDICE.** A separate Judgment shall enter concurrently herewith.

This 29th day of March, 2018.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge